UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:10-61864-CIV-MARTINEZ-WHITE

WILLIAM MITCHELL,

    Plaintiff,

vs.

AL LAMBERTI, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for all pretrial matters. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 12**) recommending that the matter be dismissed pursuant to 28 U.S.C. § 1915 for failure to state a claim upon which relief can be granted. The Court has reviewed the entire file and record. No objections have been filed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge White's Report and Recommendation (**D.E. No. 12**) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. This complaint should be dismissed for failure to state a claim pursuant to 28 U.S.C §1915(e) (2) (B) (ii).

2. This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this _10_ day of February, 2011.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Patrick A. White
All Counsel of Record
William Mitchell, *pro se*